DEBORAH M. SMITH
Acting United States Attorney

LAWRENCE D. CARD
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: larry.card@usdoj.gov
AK Bar No. 8011068

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>TYLER CHRISTIAN BARTHOLOMEW<br>and YASIDE JAMAAN MOTLEY, a/k/a/<br>"Jenall Sahbazz", a/k/a "Damon Motley,"<br><br>　　　　　　　　　　Defendants. | No.<br><br>COUNT 1:<br>DRUG CONSPIRACY<br>　Vio. 21 U.S.C. §§ 846, 841(a)(1),<br>(b)(1)(A) & (b)(1)(B)<br><br>COUNT 2:<br>ATTEMPTED POSSESSION OF A<br>CONTROLLED SUBSTANCE WITH<br>INTENT TO DISTRIBUTE<br>　Vio. 21 U.S.C. §§ 841(a)(1),<br>841(b)(1)(B)<br><br>COUNT 3:<br>POSSESSION OF A CONTROLLED<br>SUBSTANCE WITH INTENT TO<br>DISTRIBUTE<br>　Vio. 21 U.S.C. §§ 841(a)(1),<br>841(b)(1)(A), & 18 U.S.C. § 2 |

)   COUNT 4:
)   USING, AND POSSESSING A
)   FIREARM DURING AND IN
)   RELATION TO AND IN
)   FURTHERANCE OF A FEDERAL
)   DRUG TRAFFICKING CRIME
)      Vio. 18 U.S.C. § 924(c)(1)(A)(i)
)
)   COUNT 5:
)   CRIMINAL FORFEITURE
)      18 U.S.C. § 924(d)(1)
)

INDICTMENT

The Grand Jury charges that:

COUNT 1: CONSPIRACY

1.      Beginning at a time unknown to the Grand Jury, but at least on or about May 30, 2006 continuing to at least on or about June 1, 2006, both dates being approximate and inclusive, within the District of Alaska, the defendants, TYLER CHRISTIAN BARTHOLOMEW and YASIDE JAMAAN MOTLEY, and other co-conspirators, both known and unknown to the Grand Jury, did unlawfully and knowingly combine, conspire, confederate and agree with each other and others known and unknown to the Grand Jury to commit violations of Title 21 of the United States Code, to wit: to distribute and to possess with intent to distribute 50 grams or more of a mixture or substance containing

cocaine base (crack) in violation of Title 21 United States Code Sections 841(a)(1) and 841(b)(1)(A).

All of which is in violation of Title 21, United States Code, Sections 846 and 841 (a)(1), (b)(1)(B), and (b)(1)(A).

## COUNT 2:

On or about June 1, 200, in the District of Alaska, the defendants, TYLER CHRISTIAN BARTHOLOMEW and YASIDE JAMAAN MOTLEY did knowingly and intentionally attempt to possess with intent to distribute a controlled substance, to wit: 500 grams or more of a mixture containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of its isomers  All of which is in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT 3:

On or about June 1, 2006, in the District of Alaska, the defendants, TYLER CHRISTIAN BARTHOLOMEW and YASIDE JAMAAN MOTLEY did knowingly and intentionally possess with intent to distribute a controlled substance, to wit: 50 grams or more of a mixture or substance containing cocaine base (crack).

All of which is in violation of Title 21 United States Code, Sections 841(a)(1) and (b)(1)(A) and Title 18 United States Code § 2.

### COUNT 4:

On or about June 1, 2006, within the District of Alaska, the defendants, TYLER CHRISTIAN BARTHOLOMEW AND YASIDE JAMAAN MOTLEY, did knowingly and intentionally use and possess firearms; specifically an AR-15 with 29 rounds in a 30 round magazine; a Daewoo .9 mm semi-automatic pistol, serial number 13701; a Smith & Weston Model 19 .357 caliber handgun, serial number 1947; and a Hi Point .45 caliber handgun, serial number 424162 during and in relation and in furtherance of a drug trafficking crime, to wit: possession of approximately 100 grams of cocaine base (crack), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), as described in Count 3 of this indictment, all of which is in violation of Title 18, United States Code, Section 924 (c)(1)(A)(i).

### COUNT 5:

As a result of committing the offense alleged in Count 3 of the Indictment, and upon conviction of Count 3, offenses punishable by imprisonment for more than one year, defendants shall forfeit to the United States all firearms and ammunition involved in or

//

//

used in the commission of the offense, including but not limited to a Bushmaster .223 semiautomatic carabine, serial number L386053; a Daewoo .9 mm semiautomatic pistol, serial number 13701; a Smith &Weston Model 19 .357 Caliber handgun, serial number AK1977; and a Hi Point .45 Caliber Handgun, serial number,424162, pursuant to Title 18, United States Code, Section 924(d)(1).

    A TRUE BILL.

    s/ Grand Jury Foreperson
    GRAND JURY FOREPERSON

s/ Lawrence D. Card
LAWRENCE D. CARD
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: larry.card@usdoj.gov
Alaska Bar No. 8011068

s/ Deborah M. Smith
DEBORAH M. SMITH
Acting United States Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: deb.smith@usdoj.gov

DATED:  6/20/06