MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs_____YASIDE JAMAAN MOTLEY_____

CASE NO._____3:06-CR-00055-02-RRB_____

Defendant:_X_Present    _X_In Custody

BEFORE THE HONORABLE _____JOHN D. ROBERTS_____

DEPUTY CLERK/RECORDER: _____CAROLINE EDMISTON_____

UNITED STATES ATTORNEY: _____LARRY CARD_____

DEFENDANT'S ATTORNEY: _____M.J. HADEN_____

U.S.P.O.: _____PAULA MCCORMICK_____

PROCEEDINGS: ARRAIGNMENT ON INDICTMENT Held 06/22/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:49 a.m. court convened.

_X_Copy of Indictment given to defendant: waived reading.

_X_Defendant advised of general rights, charges and penalties;
Waived full advisement or rights.

_X_PLEAS: Not Guilty to Counts 1, 2, 3, & 4 of the Indictment and
DENIED Count 5 of the Indictment.

_X_Pretrial motions due: **July 13, 2006;** Meet and confer
**June 28, 2006.**

_X_Counsel advised of trial date: Final Pretrial Conference set
**August 15, 2006 at 8:45 a.m.**   Trial by Jury set **August 21, 2006
at 8:30 a.m.;** Order for the Progression of a Criminal Case **FILED.**

_X_Defendant's detention continued.

At 9:56 a.m. court adjourned.

DATE:_____June 22, 2006_____ DEPUTY CLERK'S INITIALS: __ce__