**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

  USA   v.   BARTHOLOMEW and MOTLEY  

DATE:   August 8, 2006         CASE NO.   3:06-CR-0055-RRB  

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
               **RESCHEDULING HEARING**

---

Due to a judicial calendaring conflict, the final pretrial conference scheduled in this matter for August 15, 2006, is **RESCHEDULED** and will now be held on **Thursday, August 17, 2006, at 10:15 a.m.**, in Courtroom 2 in Anchorage, Alaska.

RESCHEDULING HEARING