M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>  vs.<br><br>YASIDE J. MOTLEY,<br><br>     Defendant. | Case No. 3:06-cr-0055-RRB<br><br>**UNOPPOSED MOTION ON SHORTENED TIME TO CONTINUE TRIAL** |

     Defendant, Yaside J. Motley, by and through counsel M. J. Haden, Staff Attorney, moves this court on shortened time for a 30 day continuance of the trial date in the above-styled case.  This case currently is scheduled for trial on August 21, 2006.  This motion is unopposed by Assistant United States Attorney David Nesbett and Burke Wonnell, counsel for co-defendant Tyler Bartholomew.

     This requests is necessary for two reasons.  First, the government still is in the process of providing Mr. Motley with Rule 16 discovery.  In particular, Mr. Motley is awaiting copies of photographs taken before and after the search of three locations – his residence, Mr. Bartholomew's residence, and the apartment where the alleged drugs and

firearms were found.  In addition, Mr. Motley has not received any lab report detailing the quantity of alleged drugs involved.  Finally, undersigned counsel has just today been able to view and inspect the physical evidence.  Mr. Motley submits that additional time is need for him to review these materials and discuss this evidence with counsel.

Also, Mr. Motley requests additional time because the parties are in the process of attempting to work out a negotiated disposition.  Both parties have been pre-occupied with other matters that recently have been disposed of or continued to a future date.  The parties need additional time to attempt to reach a resolution in this case.

Thus, a continuance of the trial in his case is appropriate in order to preserve Mr. Motley's Fifth Amendment right to due process and Sixth Amendment right to effective assistance of counsel.  In addition, a continuance is appropriate to provide Mr. Motley adequate time to complete the discovery process, to review the newly provided discovery materials with counsel, and to discuss a negotiated disposition of the case with the government.

This motion is filed pursuant to D. Alaska Loc. R. 47.1. and 18 U.S.C. § 3161(h)(8)(A).

///

///

///

///

///

DATED this 8th day of August, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Alaska Bar No. 0607047
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on August 8, 2006, a copy of the
foregoing document, with attachments, was
served electronically on:

David A. Nesbett, Esq.

/s/ M. J. Haden