UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>YASIDE J. MOTLEY,<br><br>　　　　　Defendant. | Case No. 3:06-cr-0055-RRB<br><br>**PROPOSED<br>ORDER CONTINUING TRIAL** |

　　　　After due consideration of defendant's motion on shortened time, the court GRANTS the motion.

　　　　After due consideration of defendant's motion to continue trial date, the court GRANTS the motion. The trial date of August 21, 2006, and the final pretrial conference date of August 17, 2006, are hereby vacated. Trial is re-set for _____, 2006, at _____ a.m.  A final pretrial conference is re-set for _____, 2006, at _____ a.m.

　　　　DATED _____, 2006, in Anchorage, Alaska.


　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Ralph R. Beistline
　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge