UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


<u>  USA  </u>  v.  <u>  BARTHOLOMEW and MOTLEY  </u>

DATE:   <u>  August 10, 2006  </u>       CASE NO.   <u>  3:06-CR-0055-RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
              **SCHEDULING HEARING**

---

      Defendant Motley's Unopposed Motion to Continue Trial (Docket 29) will be addressed at the final pretrial conference on **Thursday, August 17, 2006, at 10:15 a.m.**, in Courtroom 2 in Anchorage, Alaska.

M.O. SCHEDULING HEARING