M. J. Haden
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>YASIDE J. MOTLEY,<br><br>             Defendant. | Case No. 3:06-cr-0055-RRB<br><br>**UNOPPOSED MOTION ON SHORTENED TIME FOR COUNSEL TO APPEAR TELEPHONICALLY AT FINAL PRETRIAL CONFERENCE** |

Defendant, Yaside J. Motley, by and through counsel M. J. Haden, Assistant Federal Defender, moves this court on shortened time for an order allowing counsel to appear telephonically for the final pretrial conference scheduled for Thursday, October 19, 2006, at 9:00 a.m., in Anchorage, Alaska.  Counsel's telephonic appearance is necessary because counsel has several appearances in Fairbanks on that date and will not be present in Anchorage.  This motion is unopposed by Assistant United States Attorney David Nesbett.

DATED this 17th day of October, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Assistant Federal Defender
Alaska Bar No. 0607047
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

<u>Certification</u>:

I certify that on October 17, 2006, a copy of the foregoing document, with attachments, was served electronically on:

David A. Nesbett, Esq.

/s/ M. J. Haden

*United States v. Yaside J. Motley*
Case No. 3:06-cr-0055-RRB