UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

           Plaintiff,

vs.

YASIDE J. MOTLEY,

           Defendant.

Case No. 3:06-cr-0055-RRB

~~PROPOSED~~
ORDER GRANTING TELEPHONIC
PARTICIPATION

After due consideration of defendant's motion on shortened time, the court GRANTS the motion.

After due consideration of defendant's motion for counsel to appear telephonically at the final pretrial conference, the court GRANTS the motion. Counsel may appear telephonically at the final pretrial conference scheduled on Thursday, October 19, 2006, in Anchorage, Alaska, by calling (907) 677-6246            .

DATED  October 18            , 2006, in Anchorage, Alaska.

S/RRB

Ralph R. Beistline
United States District Court Judge