M. J. Haden
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>YASIDE J. MOTLEY,<br><br>                    Defendant. | Case No. 3:06-cr-0055-RRB<br><br>**NOTICE OF INTENT TO CHANGE PLEA** |

        Defendant, Yaside J. Motley, by and through counsel M. J. Haden, Assistant Federal Defender, hereby notifies this court of his intent to change his plea in the above-styled case.  The parties are in the process of completing a signed plea agreement and anticipate that the agreement will be filed with the court on Monday or Tuesday the week of October 23, 2006.  Pursuant to the agreement, Mr. Motley intends to plead guilty to Count II of the Indictment.  In exchange, the government has agreed to dismiss the remaining counts.

        Thus, Mr. Motley requests that the trial currently scheduled for Monday, October 30, 2006, be vacated and that a change of plea hearing be scheduled.

Undersigned counsel in unavailable the week of October 23, 2006; therefore, Mr. Motley requests that the change of plea hearing be set during the week of October 30, 2006.

DATED this 19th day of October, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Assistant Federal Defender
Alaska Bar No. 0607047
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on October 19, 2006, a copy of the foregoing document, with attachments, was served electronically on:

David A. Nesbett, Esq.

/s/ M. J. Haden

*United States v. Yaside J. Motley*
Case No. 3:06-cr-0055-RRB