```
               MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA

U.S.A. vs.  TYLER C. BARTHOLOMEW    CASE NO. 3:06-CR-00055-01-RRB
U.S.A. vs.  YASIDE J. MOTLEY        CASE NO. 3:06-CR-00055-02-RRB
Defendants:  X Present    x In Custody

BEFORE THE HONORABLE:           RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:          SUZANNETTE LUCERO

UNITED STATES' ATTORNEY:        DAVID NESBETT

DEFENDANT'S ATTORNEY:           T. BURKE WONNELL FOR BARTHOLOMEW
                                MJ HADEN (TELEPHONIC) FOR MOTLEY

PROCEEDINGS: STATUS CONFERENCE (FINAL PRETRIAL CONFERENCE)
             Held 10/19/2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:04 a.m. court convened.

Court and counsel heard re defendants' intent to change plea.

As to defendant Tyler C. Bartholomew, Change of Plea Hearing set
for October 24, 2006 at 8:30 a.m.

As to defendant Yaside J. Motley, Change of Plea Hearing set for
October 31, 2006 at 8:30 a.m.

Trial by jury previously set for October 30, 2006 **VACATED.**

Defendants' detention continued.

At 9:07 a.m. court adjourned.




















DATE:   October 19, 2006          DEPUTY CLERK'S INITIALS:    SCL
```