NELSON P. COHEN
United States Attorney

DAVID A. NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513
Phone: (907) 271-5071
Fax: (907) 271-1500

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:06-cr-0055-RRB |
| Plaintiff, | ) |
| vs. | ) **NOTICE OF INTENT** |
| | ) **TO SEEK ENHANCED** |
| | ) **STATUTORY PENALTIES** |
| YASIDE MOTLEY, | ) **PURSUANT TO 21 U.S.C. § 851** |
| Defendant. | ) |

COMES NOW the United States of America, by and through counsel, and gives notice to the defendant, YASIDE MOTLEY, that it is filing this information, as required by 21 U.S.C. § 851(a)(1), prior to trial in order to increase the statutory

penalties available under 21 U.S.C. § 841(b)(1)(B) if the defendant is convicted. This notice is the information required by statute.

The defendant is subject to an increase in statutory penalties upon conviction in this case because of his prior conviction in the case of <u>STATE OF ALASKA v. YASIDE MOTLEY</u>, 4FA-S00-3371 CR for a violation of Alaska Statute 11.71.040(1), Misconduct Involving a Controlled Substance in the Fourth Degree, a felony drug offense punishable by a term of imprisonment in excess of one year. A certified copy of the defendant's prior conviction is attached to this information. As the judgement of conviction reflects, the defendant was represented by counsel at the time the State of Alaska entered the judgement against the defendant.

As a result of this filing, if the court finds the defendant guilty of Count 2 of the Indictment, Attempted Possession of a Controlled Substance with Intent to Distribute in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B), and makes the specific finding that 500 grams or more of mixture or substance containing cocaine was involved in the offense, the defendant's statutory sentence exposure rises to a mandatory minimum sentence of 10 years imprisonment, with a

maximum of Life imprisonment; a maximum fine of $4,000,000; and a mandatory minimum 8-year term of supervised release.

RESPECTFULLY SUBMITTED this 30th day of October, 2006 at Anchorage, Alaska.

        NELSON P. COHEN
        United States Attorney

        s/David A. Nesbett
        Special Assistant U.S. Attorney
        222 West 7th Ave., #9, Rm. 253
        Anchorage, AK 99513-7567
        Phone: (907) 271-6306
        Fax: (907) 271-1500
        E-mail: david.nesbett@usdoj.gov
        Alaska Bar # 9811075

**CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2006,
a copy of the foregoing was served by electronic mail on:

M. J. Haden

s/ David A. Nesbett