Screen For VRA

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
AT FAIRBANKS

STATE OF ALASKA )
 )
         Plaintiff, )
 )
vs. )
 )
YASIDE J. MOTLEY, )
 )
         Defendant. ) **JUDGMENT AND ORDER OF**
 ) **COMMITMENT/PROBATION**

Case No. <u>4FA-S00-3371</u> CR

DOV: 09/23/00    OLN: 6729028
DOB: 08/05/75    ATN: 103540419

Pursuant to a no contest plea, defendant has been convicted of:

**COUNT**    **OFFENSE**    **STATUTE VIOLATED**

1    Misconduct Involving a Controlled Sub. III    AS 11.71.030(a)(1)
**SUPERSEDED AND AMENDED TO:**
1    Misconduct Involving a Controlled Sub. IV    AS 11.71.040(1)

DV Offense Per AS 18.66.990(3)&(5) yes or <u>X</u> no.

Defendant came before the court on Juen 12, 2001 with counsel, Lori Bodwell and, Scott Mattern, the Assistant District Attorney present. The defendant was given his right of allocution.

**IT IS ORDERED** that the defendant is hereby committed to the care and custody of the Commissioner of the Department of Corrections for the following period(s):

**COUNT**    **SENTENCE**

1    24 months w/20 months susp.

The sentence is:
    ___ all or partially presumptive. The defendant is ineligible for parole, except as provided in AS 33.16.090(b) and (c).

    <u>X</u> non-presumptive.

Defendant is to begin serving his sentence no later than 6:00 pm at the 6th Ave. Jail in Anchorage.

**IT IS FURTHER ORDERED** that defendant shall pay the statutorily mandated surcharge in the amount of $100.00 within 10 days.

**IT IS ORDERED** that, after serving any term of incarceration imposed, the defendant is placed on probation to the Department of Corrections for **2 YEARS** under the conditions set forth in this judgment.

State v. Yuside Motley
4FA-S00-3371 Cr.
Page 2 of Judgment

### SPECIAL CONDITIONS OF PROBATION

1. Obtain a substance abuse evaluation from a DOC approved provider within 60 days of release, if not obtained while incarcerated, and comply with recommendations.

2. Obtain a mental health evaluation from a DOC approved provider within 30 days of release and comply with recommendations.

3. Sign a release of information allowing DOC to monitor attendance and progress as well as to receive copies of evaluations, progress reports and discharge summaries.

4. Not to consume or possess controlled substances.

5. Inform probation officer of any medications being taken and show proof of valid prescriptions for such.

6. Complete 50 hours of community service within one year and provide written proof of completion to probation officer.

7. Defendant is subject to a warrantless, non-consensual search by a probation officer or law enforcement officer of person, personal property, residence or any vehicle he is in for drug paraphernalia or controlled substances.

8. Defendant is required to submit to a test of blood, breath or urine upon direction of a probation officer, police officer or treatment provider.

### GENERAL CONDITIONS OF PROBATION

1. Report to the Department of Corrections Probation Office on the next business day following the date of sentencing, or, if time is to be served prior to probation, report to the Department of Corrections Probation Office on the next business day following release from an institution.

2. Secure the prior written permission of a probation officer of the Department of Corrections before changing employment or residence or leaving the region of residence to which assigned.

3. Make a reasonable effort to secure and maintain steady employment. Should you become unemployed, notify a probation officer of the Department of Corrections as soon as possible.

4. Report in person between the first day and the tenth day of each month, or as otherwise directed, to your assigned officer of the Department of Corrections. Complete in full a written report when your probation officer is out of the office to insure credit for that visit. You may not report by mail unless you secure prior permission to do so from your probation officer.

5. At no time have under your control a concealed weapon, a firearm, or a switchblade or gravity knife.

State v. Yaside Motely
4FA-S00-3371 Cr.
Page 3 of Judgment

STATE OF ALASKA
FOURTH JUDICIAL DISTRICT

I, [illegible], certify that this is a true and full copy of an original [illegible] in the Trial Courts, Fourth Judicial District, State of Alaska.

Witness my hand and the seal of the court, this 22nd of June, 2006, at Fairbanks, Alaska.

_Ruth M[illegible]_
Deputy

6. Do not knowingly associate with a person who is on probation or parole or a person who has a record of a felony conviction unless prior written permission to do so has been granted by a probation officer of the Department of Corrections.

7. Make a reasonable effort to support your legal dependents.

8. Do not consume intoxicating liquor to excess.

9. Comply with all municipal, state and federal laws.

10. Report all purchases, sales and trades of motor vehicles belonging to you, together with current motor vehicle license numbers for those vehicles, to your probation officer.

11. Upon the request of a probation officer or law enforcement officer, submit to a search of your person, personal property, residence or any vehicle in which you may be found for the presence of controlled substances or drug paraphernalia.

12. Abide by any special instructions given by the court or any of its duly authorized officers, including probation officers of the Department of Corrections.

June 13, 2001
Date Signed

_Ralph R. Beistline_ (signature)
Ralph R. Beistline
Superior Court Judge

June 12, 2001
Effective Date
la

## NOTICE TO DEFENDANT

You are advised that according to the law, the court may at any time revoke your probation for cause or modify the terms or conditions of your probation. You are subject to arrest by a probation officer with or without a warrant if the officer has cause to believe that you have violated a condition of your probation. You are further advised that it is your responsibility to make your probation officer aware of your adherence to all conditions of probation set forth above.

_Sentence Appeal_. If you are ordered to serve more than two years in jail, you may appeal the sentence to the court of appeals on the ground that it is excessive. Your appeal must be filed within 30 days of the date of distribution stated below. If you are sentenced to serve two years or less in jail, you may seek review of your sentence by filing a petition for review in the supreme court. To do this, you must file a notice of intent to file a petition for sentence review within 10 days of the date of distribution stated below. See Appellate Rules 215 and 403(h) for more information on time limits, procedures and possible consequences of seeking review of your sentence.

I certify that on _____ a copy of this judgment was sent to [] DA  [] DOC  [] FCC
[] MISC_____  [] Exhibit Clerk  [] DPS - Juneau
[] Defense Attorney_____ Clerk:_____

I certify that a copy of the foregoing was distributed to:
MAIL
[US Postal Svc]_____ DPS
[] Other_____
HAND DELIVERY
[Courier Box]_____ Bodwell
[Other to be]_____ FCC DA APPS DK
[] Fax_____
[] Other_____
By: _____ Date: 6-21
Clerk