MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs YASIDE JAMAAN MOTLEY   CASE NO. 3:06-CR-00055-02-RRB
Defendant: _X_ Present  _X_ In Custody   ___ On Summons   ___ On Bond

BEFORE THE HONORABLE     RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER: LINDA CHRISTENSEN

UNITED STATES ATTORNEY:     DAVID NESBETT

DEFENDANT'S ATTORNEY:     M.J. HADEN

U.S.P.O.:     PATTY WONG

PROCEEDINGS: PROPOSED CHANGE OF PLEA HEARING Held 10/31/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Convened at 8:40 a.m.

X Defendant sworn.

X Defendant advised of general rights.

X Defendant advised of charges and penalties.

X Defendant states true name: same as above          Age: 31

X Defendant changed plea(s) to guilty on Count  2 of the Indictment

X Court accepted plea(s). X Referred to P.O. for presentence report.

X Imposition of Sentence set for January 11, 2007 at 9:00 a.m.

X Defendant's detention continued.

X OTHER: Government to dismiss counts 1, 3, 4 & 5 at sentencing.

Adjourned at 8:57 a.m.

DATE: OCTOBER 31, 2006   DEPUTY CLERK'S INITIALS:    lc

05/00