**AMENDED**
MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs YASIDE JAMAAN MOTLEY   CASE NO. 3:06-CR-00055-02-RRB
Defendant: X  Present   X In Custody   ___On Summons   ___On Bond

BEFORE THE HONORABLE    RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER: LINDA CHRISTENSEN

UNITED STATES ATTORNEY:     DAVID NESBETT

DEFENDANT'S ATTORNEY:     M.J. HADEN

U.S.P.O.:      PATTY WONG

PROCEEDINGS: PROPOSED CHANGE OF PLEA HEARING Held 10/31/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Convened at 8:40 a.m.

X Defendant sworn.

X Defendant advised of general rights.

X Defendant advised of charges and penalties.

X Defendant states true name: same as above          Age: 31

X Defendant changed plea(s) to guilty on Count   2 of the Indictment

X Court accepted plea(s). X Referred to P.O. for presentence
                          report.

X Imposition of Sentence set for **January 11, 2007 at 9:00 a.m.**

X Defendant's detention continued.

X OTHER: Government to dismiss counts 1, 3, 4 & 5 at sentencing.
   Court **VACATED** Final Pretrial Conference and Trial by Jury.

Adjourned at 8:57 a.m.

DATE: OCTOBER 31, 2006    DEPUTY CLERK'S INITIALS:     lc
05/00