M. J. Haden
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 3:06-cr-0055-RRB |
| vs. | **NOTICE OF FILING LETTER** |
| YASIDE J. MOTLEY, | |
| Defendant. | |

Defendant, Yaside J. Motley, by and through counsel M. J. Haden, Assistant Federal Defender, hereby files a letter to the court from Mr. Motley for the court's consideration. For the court's convenience, the original hand written letter is followed by a type-written version of the letter.

///

///

///

///

DATED this 4th day of January, 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Assistant Federal Defender
Alaska Bar No. 0607047
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on January 4, 2007, a copy of the foregoing document, with attachments, was served electronically on:

David A. Nesbett, Esq.

/s/ M. J. Haden

*United States v. Yaside J. Motley*
Case No. 3:06-cr-0055-RRB