Dear Judge Beistline,

My name is Yaside Motley. I am currently involved in a federal case in which I have committed crimes against my city, state, and country by violating drug laws that were put in place to protect all three entities. Before I get to the heart of my letter, I would like to thank the DEA, the federal prosecutor, my public defender and the federal justice system for bringing me to justice so I can no longer do any harm to our citizens of this city. I've had a few months to think about what I've done and how I have affected our city in a negative way. The first thing I did was look at myself in a clear light and

determined that my character was based on destructive habits. In that, I discovered that I hated my fellow man because I had no concern for his safety or the well being of his family. I disabled my fellow man by enslaving him with drugs which caused him to be ineffective in his family and non-productive in the employment arena. When I studied economics I understood that I slowed the production of our city by disabling tax payers from working which provides money for schools, road repair and capital that is very much needed. I put our children in danger by helping to create unstable neighborhoods where crime could flourish, and also subjecting our

children
~~children~~ to participate in criminal activities by promoting a life that only could be achieved by following suite. I put the police force in danger by making available dangerous, mind altering substances that affect logical judgement, which could cause someone to jeopardize someone else's life with dangerous weapons, which could make the police respond with protective weapons that could put the lives of both parties in jeopardy. Judge Beistline, the list can probably go on for days if I sat down and continually thought about the effects of my actions. But what it all boils down to is I hated my

my fellow man and also through my destructive habits, I hated myself. So I took inventory of my principles through the paradigm of self-awareness. I found out I was lazy, impatient, greedy, self-centered, disrespectful, unruly, deceived, hateful and murderous. When I looked deeply at all these things that were in my character I knew I had to change. I used two resources to dictate how I would go about my change process. I read a book called the seven habits of highly effective people. I learned about being proactive in making effective changes that will generate the desired

effect that was totally opposite of my current behavioral condition. The second, but most important resource that I used was the Word of God to be my standard of what I should be. Because of these resources, I found several principles to operate from that would continually, situation by situation, bring the change I wanted in my life. I learned that I have a <u>choice</u> how I respond to different things that happen to me. When I discovered this, I immediately started making changes that were neccessary in my thinking. It wasn't easy to deal with the ugliness that was deeply embedded in my

character at first, but I kept working at keeping myself aligned with the standard until I started habitually responding to various situations in around me that was totally opposite to how I would normally respond. I became self-controled and started to reap immediate benefits of keeping myself under control. I began to read my resources more and more. The more I read, the more I focused on changing myself. The more I changed the more I became free on the inside because I learned to use my freedom of choice to generate a productiveness in character that generates positivity. I went

through a major quantum leap in the way I view myself and others. Self-control developed into self respect. In the instant of that developement, I saw how I was stripping the dignity out of my brother. My resource says "how can I love God who I have not seen and hate my brother who is right in front of my face?" Then I realized that in my past state of condition I was only one fraction of a destructive force that is not only destroying our city, state and country, but also I was taking part in the destruction of our world. So I asked myself "What can I do to make an effective change?" So I started looking

looking at the destruction I caused for answers to counter what I did. I'm currently composing a proposal that will satify the needs of the community, city, state and country. This proposal will satisfy the interest of the DEA, the federal government and the local state through a common-sense solution by uncommonly effective tactics. These solutions will empower all entities involved because they are conducive with the agenda of our government. But the main thing I want to stress is my apology to our state for breaking the law and endangering our citizens and myself.

Sincerely, Yaside M

Dear Judge Beistline,

My name is Yaside Motley. I am currently involved in a federal case in which I have committed crimes against my city, state and country by violating drug laws that were put in place to protect all three entities. Before I get to the heart of my letter, I would like to thank the DEA, the federal prosecutor, my public defender and the federal justice system for bringing me to justice so I can no longer do any harm to our citizens of this city. I've had a few months to think about what I've done and how I have affected our city in a negative way. The first thing I did was look at myself in a clear light and determined that my character was based on destructive habits. In that, I discovered that I hated my fellow man because I had no concern for his safety or the well being of his family. I disabled my fellow man by enslaving him with drugs which caused him to be ineffective in his family and non-productive in the employment arena. When I studied economics I understood that I slowed the production of our city by disabling tax payers from working which provides money for schools, road repair and capital that is very much needed. I put our children in danger by helping to create unstable neighborhoods where crime could flourish, and also subjecting our children to participate in criminal activities by promoting a life that only could be achieved by following suite. I put the police force in danger by making available dangerous, mind altering substances that affect logical judgment, which could cause someone to jeopardize someone elses life with dangerous weapons, which could make the police respond with protective weapons that could put the lives of both parties in jeopardy. Judge Beistline, the list can probably go on for days if I sat down and continually thought about the effects of my actions. But what it all boils down to is I hated my fellow man and also through my destructive habits, I hated myself. So I took inventory of my principles through the paradigm of <u>self-awareness</u>. I found out I was lazy, impatient, greedy, self-centered, disrespectful, unruly, deceived, hateful and murderous. When I looked deeply at all these

things that were in my character I knew I had to change. I used two resources to dictate how I would go about my change process. I read a book called the seven habits of highly effective people. I learned about being proactive in making effective changes that will generate the desired effect that was totally opposite of my current behavioral condition. The second, but most important resource that I used was the Word of God to be my standard of what I should be. Because of these resources, I found several principles to operate from that would continually, situation by situation, bring the change I wanted in my life. I learned that I have a <u>choice</u> how I respond to different things that happen to me. When I discovered this, I immediately started making changes that were necessary in my thinking . It wasn't easy to deal with the ugliness that was deeply embedded in my character at first, but I kept working at keeping myself aligned with the standard until I started habitually responding to various situations around me that was totally opposite of how I would normally respond. I became self-controled and started to reap immediate benefits of keeping myself under control. I began to read my resources more and more. The more I read, the more I focused on changing myself. The more I changed the more I became free on the inside because I learned to use my freedom of choice to generate a productiveness in my character that generates positivity. I went through a major quantum leap in the way I view myself and others. Self-control developed into self respect. In the instant of that development, I saw how I was stripping the dignity out of my brother. My resource says "how can I love God who I have not seen and hate my brother who is right in front of my face?" Then I realized that in my past state of condition I was only one fraction of a destructive force that is not only destroying our city, state and country; but also I was taking part in the destruction of our world. So I asked myself "What can I do to make an effective change?" So I started looking at the destruction I caused for answer to counter what I did. I'm currently composing a proposal that will satisfy the needs of the community, city, state and country. This

proposal will satisfy the interest of the DEA, the federal government and the local state through a common-sense solution by uncommonly effective tactics. These solutions will empower all entities involved because they are conducive with the agenda of our government. But the main thing I want to stress is my apology to our state for breaking the law and endangering our citizens and myself.

Sincerely, Yaside Motley