NELSON P. COHEN
United States Attorney

DAVID A. NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: david.nesbett@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-CR-0055-RRB |
| | ) | |
| Plaintiff, | ) | |
| | ) | GOVERNMENT'S |
| vs. | ) | SENTENCING |
| | ) | MEMORANDUM |
| YASIDE MOTLEY, | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

COMES NOW the United States Attorney's Office, by and through counsel, and respectfully submits this Sentencing Memorandum regarding the defendant, YASIDE MOTLEY, who is scheduled to be sentenced on January 11, 2007.  For the reasons provided below, the government concurs with the recommendations made in the final presentence report ("PSR"), except as to the enhancement to the base offense level for possession of a firearm, and recommends a sentence of 120

months, the mandatory minimum sentence under the statute.

I.   BACKGROUND

On October 24, 2006, the defendant pled guilty to the following count of the Indictment: Attempted Possession of a Controlled Substance with Intent to Distribute, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B) and 21 U.S.C. § 851(a).  During his plea colloquy, Motley admitted that in June of 2006 he attempted to possess with intent to distribute 500 grams or more of cocaine.

II.   SENTENCING CALCULATION

A.   Statutory Maximum Sentence

The maximum sentence that may be imposed on the defendant for Count 2 of the Indictment is forty (40) years and a minimum of five (5) years imprisonment, a $2,000,000 fine, five (5) years of supervised release, and a $100 special assessment.  Pursuant to 21 U.S.C. § 851(a), the maximum statutory penalties are as follows: 1) a maximum of life and a minimum of ten (10) years in prison; 2) a $4,000,000 fine; 3) a $100 mandatory special assessment; and 4) a minimum of 8 years of supervised release.

B.   Sentencing Guidelines Calculation

As noted in the Addendum to the PSR, the government does not have any

unresolved objections to the draft PSR. The defendant's objections have been addressed. The PSR calculates the guideline imprisonment range to be 78-97 months, below the mandatory minimum statutory sentence of 120 months. The government respectfully disagrees with the PSR to the extent that a 2 level enhancement was included in the calculation for possession of a firearm. Regardless, the government recommends a sentence of 120 months.

II.     GOVERNMENT'S SENTENCING RECOMMENDATION

The government respectfully recommends that the court impose a sentence of 120 months.

The government agrees with the guideline calculation in the PSR except as to the 2 level enhancement to the base offense level for the possession of a firearm. In the same way the government was not prepared to argue that the co-defendant Bartholomew did not possess the firearms in the apartment, the government similarly is not prepared to attempt to establish that the firearms in the apartment were possessed by Motley. Again, the evidence shows that drug dealing occurred at that residence, that firearms were present inside the residence, and that firearms inside the residence were "connected with the offense of drug distribution." USSG § 2D.1.1, application note 3. The evidence does not show, however, that the

defendant knew the contents of the residence. The lack of a clear nexus between the defendant and the firearms and the other drugs already in the apartment, is consistent with the government's decision to dismiss Count 4, possession of a firearm during and in relation to and in furtherance of a drug trafficking crime.

When considering the guideline sentencing factors, therefore, a sentence of 120 months is appropriate. Such a sentence would recognize the seriousness of defendant's offense conduct, afford adequate deterrence to future criminal conduct and, meanwhile, protect the public from further crimes of the defendant.

The government recommends that the defendant be sentenced as follows:

(1)   **120 months in custody**;

(2)   **No fine is requested** due to the defendant's inability to pay;

(3)   **An eight (8) year period of supervised release,** and

//

//

(4)    **A special assessment in the amount of $100.00** is, of course, required.

RESPECTFULLY SUBMITTED this <u>8th</u> day of January, 2007, in Anchorage, Alaska.

                                  NELSON P. COHEN
                                  United States Attorney

                                  s/ David A. Nesbett
                                  Special Assistant U.S. Attorney
                                  222 West 7th Ave., #9, Rm. 253
                                  Anchorage, AK 99513-7567
                                  Phone: (907) 271-6306
                                  Fax: (907) 271-1500
                                  E-mail: david.nesbett@usdoj.gov
                                  Alaska Bar # 9811075

**CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2007,
a copy of the foregoing  was served
electronically on:

MJ Haden

s/ David A. Nesbett