```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA
```

U.S.A. vs. <u>YASIDE J. MOTLEY</u>           CASE NO. <u>3:06-cr-00055-02-RRB</u>
Defendant:  <u>X</u> Present  <u>X</u> In Custody

BEFORE THE HONORABLE:            <u>RALPH R. BEISTLINE</u>

DEPUTY CLERK/RECORDER:           <u>APRIL KARPER</u>

UNITED STATES' ATTORNEY:         <u>DAVID NESBETT</u>

DEFENDANT'S ATTORNEY:            <u>M.J. HADEN</u>

U.S.P.O.:                        <u>PATRICIA WONG</u>

PROCEEDINGS: IMPOSITION OF SENTENCE HELD JANUARY 11, 2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:14 a.m. court convened.

<u>X</u> Notice of Appeal form given to defendant.

<u>X</u> Court stated findings/reasons pursuant to sentencing
    guidelines.

<u>X</u> Imprisonment for a period of <u>120 months on Count 2 of the</u>
    <u>Indictment.</u>

<u>X</u> Defendant placed on supervised release for a period of <u>60</u>
    months under the usual terms and conditions with special
    conditions of supervised release as stated in the judgment.

<u>X</u> Special Assessment $<u>100.00</u>, due <u>immediately.</u>

<u>X</u> Defendant remanded to the custody of the U.S. Marshal.

<u>X</u> On motion of the U.S. Attorney, remaining counts <u>1, 3, 4, and</u>
    <u>5</u> of the Indictment **DISMISSED.**

<u>X</u> OTHER: <u>Court and counsel heard re presentence report; court</u>
<u>accepted presentence report with changes. Court strongly</u>
<u>recommended that the defendant participate in the 500 hour drug</u>
<u>and alcohol program. Appeal rights given. Payment coupon given to</u>
<u>defendant.</u>

At 10:01 a.m. court adjourned.


DATE:     <u>January 11, 2007</u>        DEPUTY CLERK'S INITIALS:    <u>ak</u>